Michael A. Alfred, Esq. (SBN 113716)
LAW OFFICE OF MICHAEL A. ALFRED APC
7220 Trade Street, Suite 104
(858) 566-6800 PHONE
(619) 330-2442 FAX
info@alfredlawoffice.com

Attorney for Plaintiffs
**JUDY LANE and PEPPER LANE**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY LANE, an individual, and PEPPER LANE, an individual,<br><br>                  Plaintiffs,<br><br>        v.<br><br>SUNTRUST MORTGAGE, INC.; AND DOES I-XX, inclusive,<br><br>                  Defendants. | Case No.: 14-CV-01367 BAS (WVG)<br><br>Judge Cynthia Bashant<br>Mag. Judge William V. Gallo<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**<br><br>Date: July 28, 2014<br>Ctrm.: 4B<br><br>State Court Case: 37-2014-00014089-CU-OR-CTL<br>Action Filed: May 5, 2014<br>Trial Date: None Set |

## ARGUMENT

**I.      The First Cause of Action for Violations of the California Homeowners Bill of Rights (HBOR) still succeeds**

Defendant argues that there was no dual tracking under California Civil Code Section 2923.6 because Plaintiffs' Application for a loan modification was reviewed and ultimately denied on or about October 29, 2013.  However, Defendant focuses only on Plaintiffs' attempts

to obtain a loan modification prior to October 29, 2013.  Additionally, Defendant notes that Plaintiffs merely requested information and that those requests came after October 29, 2013.  However, Defendant fails to account for the fact that Plaintiffs also applied for a loan modification on or about the morning of May 5, 2014.  That same morning, Attorney Michael A. Alfred spoke with Melissa Jones of Defendant SunTrust via telephone to advise her that Plaintiffs received a letter that day inviting them to apply for a loan modification.  *See* **"Exhibit A"**, Declaration of Michael A. Alfred, dated July 10, 2014.  *See also* **"Exhibit B"**, Letter from Defendant to Plaintiffs dated April 24, 2014 and postmarked April 29, 2014.  Mr. Alfred also told Ms. Jones that Plaintiffs would be submitting a new loan modification package and asked that Defendants remove the foreclosure sale date set for May 8, 2014, three (3) days later.  See **"Exhibit A"**.  *See also* **"Exhibit C"**, Notice of Trustee Sale recorded April 17, 2014, with Sale date of May 8, 2014.  Once a loan modification package has been submitted for review, the foreclosure process must stop.  This loan modification application came after the date of the recording of the Notice of Default, on or about January 14, 2014.  While Plaintiffs' loan modification application of May 2014 was under review, Defendant should have stopped the foreclosure process, but did not do so.

For these reasons, the first cause of action still succeeds.

## II. The Second Cause of Action for Violation of California Business and Professions Code (BPC) Section 17200 still succeeds

Plaintiffs still have successful claims under Business and Professions Code Section 17200.  As stated above, Defendant wrongfully continued the foreclosure process even as Plaintiffs applied for a loan modification on or about the morning of May 5, 2014, the day Plaintiffs received a letter from Defendant inviting them to apply for a loan modification.  *See*

**"Exhibit B"**.

Furthermore, on or about May 7, 2014, Defendant summarily denied Plaintiffs' application. *See* **"Exhibit D"**, Letter from Defendant to Plaintiffs dated May 7, 2014. Even though the letter from Defendant to Plaintiffs dated May 7, 2014 states that the application was denied because it was untimely, Plaintiffs submitted their application only after receiving a letter on or about May 5, 2014 from Defendants dated April 24, 2014 and postmarked April 29, 2014 offering to provide assistance with foreclosure prevention options. *See* **"Exhibit B"**. When Plaintiffs submit a loan modification application upon invitation to do so and then that application is rejected two (2) days after submission, this shows that Defendant did not give the application the review necessary for a determination of whether Plaintiffs deserved a loan modification. This would also constitute an unfair business practice under Section 17200.

For these reasons, the second cause of action still succeeds.

**III.    The Third Cause of Action for Declaratory and Injunctive Relief still succeeds**

Plaintiffs' third cause of action for Declaratory and Injunctive Relief still succeeds because, as discussed above, there exists a controversy, specifically those of violations of HBOR and of BPC 17200. Plaintiffs' claims do not fail as a matter of law and thus, the third cause of action still succeeds.

## CONCLUSION

Plaintiffs have stated claims upon which relief may be granted. Defendant's motion to dismiss should not be granted. In the alternative, Plaintiffs should be allowed leave to amend their Complaint.

Dated: July 10, 2014

THE LAW OFFICE OF MICHAEL A. ALFRED

Michael A. Alfred, Esq.
Attorney for Plaintiffs,
JUDY LANE and PEPPER LANE

**VERIFICATION**

I, JUDY LANE, declare as follows:

I am the Plaintiff in the above-referenced lawsuit. I have read the foregoing Response to Motion to Dismiss and know its contents. The matters stated in it are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct and that this declaration was executed this 10th day of July 2014, at San Diego, California.

JUDY LANE

**VERIFICATION**

I, PEPPER LANE, declare as follows:

I am the Plaintiff in the above-referenced lawsuit. I have read the foregoing Response to Motion to Dismiss and know its contents. The matters stated in it are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury, under the laws of the State California, that the above is true and correct and that this declaration was executed this 10th day of July 2014, at San Diego, California.

PEPPER LANE

**EXHIBIT A**

Michael A. Alfred, Esq. (SBN 113716)
LAW OFFICE OF MICHAEL A. ALFRED APC
7220 Trade Street, Suite 104
(858) 566-6800 PHONE
(619) 330-2442 FAX
info@alfredlawoffice.com

Attorney for Plaintiffs
**JUDY LANE and PEPPER LANE**

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY LANE, an individual, and PEPPER LANE, an individual,<br><br>        Plaintiffs,<br><br>    v.<br><br>SUNTRUST MORTGAGE, INC.; AND DOES I-XX, inclusive,<br><br>        Defendants. | Case No.: 14-CV-01367 BAS (WVG)<br><br>Judge Cynthia Bashant<br>Mag. Judge William V. Gallo<br><br>**DECLARATION OF MICHAEL A. ALFRED**<br><br>Date: July 28, 2014<br>Ctrm.: 4B<br><br>State Court Case: 37-2014-00014089-CU-OR-CTL<br>Action Filed: May 5, 2014<br>Trial Date: None Set |

## DECLARATION OF MICHAEL A. ALFRED

I, MICHAEL A. ALFRED, declare as follows:

1. I am an attorney at law, duly qualified to practice before all courts of the State of California. I am the attorney of record for Plaintiff, JUDY LANE and PEPPER LANE, in this action. I make this Declaration in support of the attached subject TRO. I have personal knowledge of the matters stated herein, and, if called as a witness, I could and would completely testify thereto.

2. I opened a letter addressed to the Plaintiffs and myself on the morning of Monday, May 5, 2014. This letter was designating the point of contact and informing the Plaintiffs of their rights to request a meeting to discuss various loss mitigation options.

3. The letter should have been sent prior to the filing of the Notice of Default which was recorded on or about January 14, 2014.

4. A Foreclosure Sale was scheduled for Thursday, May 8, 2014, three (3) days after Plaintiffs and I received the aforementioned letter.

5. Since the Foreclosure Sale was 3 days away from the time Plaintiffs and I received the letter, I had to move quickly in the preparation of the loan modification package on the morning of Monday, May 5, 2014.

6. On the morning of May 5, 2014, I called Melissa Jones of SunTrust, since her name was listed on the aforementioned letter.

7. I told Ms. Jones that Plaintiffs and I received the aforementioned letter.

8. I also told Ms. Jones that Plaintiffs would be submitting a new loan modification package.

9. Furthermore, I asked Ms. Jones that the Foreclosure Sale be stopped.

10. Over the phone, Ms. Jones acknowledged that a new loan modification package would be reviewed.

11. I hired an Independent Review company to prepare a REST REPORT. This REST REPORT shows that the Plaintiffs qualify for a loan modification alternative.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed July 10, 2014, in the County of San Diego, State of California

DATED: July __10__, 2014

Michael A. Alfred

**EXHIBIT B**

SunTrust Mortgage, Inc.
PO Box 27767
Richmond, VA 23261-7767



SUNTRUST
MORTGAGE

CK805/942/000081/HMJ/5903

April 24, 2014

Reference: 0143442432

0000218   04 SP 1.610 **SNC1P  6 2 5903 90121-332326   .CS14I
JUDY LANE
PEPPER LANE
MICHAEL A. ALFRED
7220 TRADE ST., STE.101
SAN DIEGO CA 92121-2325

**PLEASE ACT
IMMEDIATELY TO
RECEIVE HELP WITH
YOUR MORTGAGE!**

Dear JUDY LANE and PEPPER LANE:

Your mortgage payment is now 60 days or more past due and your mortgage loan may be referred to foreclosure. We have tried to contact you previously to make you aware of the foreclosure prevention options that may be available to you - in case you are unable to bring your payments current.

As of the date of this letter, we show your account as 389 days past due and your mortgage loan may be referred to foreclosure.

**We Are Here to Help You**
It is critical that you work with us to resolve any issues that affect your ability to make timely mortgage payments, whether your challenges are temporary or long term. The sooner you respond, the more quickly we can determine whether you qualify for assistance.

**Options May Be Available**
The right option for you depends on your individual circumstances. If you provide all required information and documentation about your situation, we can determine if you qualify for temporary or long-term relief, including solutions that may allow you to stay in your home (refinance, repayment, forbearance, loan modification) or leave your home while avoiding foreclosure (short sale or deed-in-lieu of foreclosure). For more details, please see the enclosed information on Avoiding Foreclosure.

**Send Us the Information We Need to Help You**
Requesting help is the first step. Start by providing information and documentation to help us understand the challenges you are facing. To do this, follow the detailed instructions on the attached Homeowner Checklist to complete and submit your Borrower Response Package to us. Once we have received and evaluated your information, we will contact you regarding your options and next steps.

**Learn More and Act Now**
For more information, please see the Frequently Asked Questions and other information provided with this letter.

**Please act immediately by completing and returning the entire Borrower Response Package no later than 30 days from the date of this letter.**

1. See the instructions on the Homeowner Checklist
2. Review:
   - Avoiding Foreclosure
   - Frequently Asked Questions
   - Beware of Foreclosure Rescue Scams
3. Submit required Borrower Response Package:
   - Uniform Borrower Assistance Form (Borrower Assistance Form) (attached)
   - IRS Form 4506T (attached)
   - Income documentation (described on Borrower Assistance Form)
   - Hardship documentation (described on Borrower Assistance Form)
   - Additional Information Pertaining to Household and Living Expenses (attached)
   - Additional applicable documents as listed on attached Homeowner Checklist

**If you need assistance, contact us immediately.**

**What Happens Once I Have Sent the Borrower Response Package to You?**
We will contact you within three business days of our receipt of your Borrower Response Package to confirm that we have received your package and will review it to determine whether it is complete. Within five business days of receipt of your request, we will send you a notice of incompleteness in the event there is any missing information or documentation that you must still submit.

# ORTANT FEDERAL DISCLOSURES
## ASE SEE REVERSE SIDE FOR SELECTED STATE DISCLOSURES)



The Servicemembers Civil Relief Act (SCRA) provides important financial and legal protections to service members — including caps on interest rates, stays of certain legal proceedings, protection from eviction, and termination of leases without repercussions. Learn more at www.militaryonesource.mil [search for "SCRA"].

SunTrust is a member of the HOPE NOW Alliance. HOPE NOW is an alliance between counselors, servicers, investors and other mortgage market participants with a mission to prevent foreclosures through outreach to borrowers at risk. To obtain more information about HOPE NOW, please contact the Homeowner's HOPE hotline at 888.995.HOPE (4673) and www.995HOPE.org or www.HOPENOW.com. The HOPE NOW Alliance provides free independent, HUD-approved counseling to homeowners in financial trouble. Or you can contact the US Department of Housing and Urban Development (HUD) at 800.569.4287 or www.hud.gov/foreclosure for information about HUD-approved counseling agencies that may assist you.

Scam artists are targeting people who are having trouble paying their debts. For example, the Federal Trade Commission (FTC) has noticed five signs of mortgage rescue scams:

- Promises to Stop a Foreclosure or Modify Your Loan
- Guarantees Your Home Will Be Saved – "97% Success Rate"
- Requires Fees in Advance
- Advises You to Stop Paying Your Mortgage Company
- Looks, Sounds, and Seems Official....But Isn't – *Look-alike companies are imitating legitimate lenders and government agencies.*

Find out more at: www.ftc.gov/bcp/edu/microsites/moneymatters/scam-watch.shtml

This communication is an attempt to collect a debt and any information you provide, whether written or verbal, will be used for that purpose. However, if your debt is discharged in bankruptcy or you are protected by the automatic stay in a bankruptcy proceeding, SunTrust Mortgage, Inc. recognizes that you may not be liable for this debt and this letter is not an attempt to collect a debt but is being sent for notice purposes only.

If you are current on your loan account, the notice above is not intended to imply otherwise.

### Qualified Written Requests (QWR), Notices of Error (NOE), and Requests for Information (RFI)

Please send all QUALIFIED WRITTEN REQUESTS (QWR), NOTICES OF ERROR (NOE), and REQUESTS FOR INFORMATION (RFI) to SunTrust Mortgage, Inc., ATTN: QWR/NOE/RFI, P.O. Box 26527, Richmond, VA 23261-6527.

Federal Law permits you to contact us in writing regarding your account in order to request certain types of actions and/or information (with exceptions). These requests include (1) a Qualified Written Request, (2) a Notice of Error, and (3) a Request for Information. If you submit a QWR or NOE, please include your name, loan account number and the reason you believe the account is in error. If you submit an RFI, please include your name, loan account number and the specific information requested. All requests must be sent to the address above.

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agencies that administer compliance with this law concerning this creditor a r e the Bureau of Consumer Financial Protection, 1700 G Street NW., Washington DC 20006 and the Federal Trade Commission, Equal Credit Opportunity, Washington DC 20580.

# SELECTED STATE DISCLOSURES
## (PLEASE SEE REVERSE SIDE FOR IMPORTANT FEDERAL DISCLOSURES)

If you are a California resident or your property is in California, the following may apply to you.

- As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation.

If you are a resident of Ohio or your property is in Ohio, the following may apply to you.

- The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

If you are a Texas resident or your property is in Texas, the following may apply to you.

- Assert and protect your rights as a member of the armed forces of the United States. If you are or your spouse is serving on active military duty, including active military duty as a member of the Texas National Guard or the National Guard of another state or as a member of a reserve component of the armed forces of the United States, please send written notice of the active duty military service to the sender of this notice immediately.

If you are a Utah resident or your property is in Utah, the following may apply to you.

- As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

If you are a Wisconsin resident or your property is in Wisconsin, the following may apply to you.

- No provisions of a marital property agreement, a unilateral statement under Section 766.59, or a court decree under Section 766.70, adversely affects the interest of the creditor unless the creditor, prior to the time credit is granted, is furnished a copy of the agreement, statement or decree, or has knowledge of the adverse provision when the obligation to the creditor is incurred.

Equal Housing Lender. SunTrust Mortgage, Inc., 901 Semmes Avenue, Richmond, VA 23224, NMLS #2915, is licensed by the Department of Corporations under the California Residential Mortgage Lending Act; is an Illinois Residential Mortgage Licensee; is a Lender in Massachusetts having Mortgage Lender license #s ML 2915; ML 2915-115; ML 2915-116; ML 2915-118; ML 2915-119; ML 2915-121; is licensed by the New Hampshire Banking Department; is licensed by the New Jersey Department of Banking and Insurance, toll free 1-800-330-4684; is a licensed lender in Rhode Island; and is doing business in Arizona as Crestar Mortgage, 7250 N. 16th Street, Ste. 100, Phoenix, AZ 85020. © 2013 SunTrust Banks, Inc. SunTrust and SunTrust Mortgage are federally registered service marks of SunTrust Banks, Inc.

Disclosure(s)

Homeowner Checklist

**For Your Information Only - Do Not Return with Your Borrower Response Package**

T STARTED – Use this checklist to ensure you have completed all required forms and have the right information.

| | | |
|---|---|---|
| tep 1 | ☐ | Review the information provided to help you understand your options, responsibilities, and next steps. |
| | | ☐ Avoiding Foreclosure ☐ Frequently Asked Questions ☐ Beware of Foreclosure Rescue Scams |
| tep 2 | ☐ | Complete and sign the enclosed Borrower Assistance Form. Must be signed by all borrowers on the mortgage (notarization is not required) and must include:<br>☐ All income, expenses, and assets for each borrower<br>☐ An explanation of financial hardship that makes it difficult to pay the mortgage<br>☐ Your acknowledgment and agreement that all information that you provide is true and accurate |
| Step 3 | ☐ | Complete and sign a dated copy of the enclosed IRS Form 4506-T.<br>☐ For each borrower, please submit a signed, dated copy of IRS Form 4506T (Request for Transcript of Tax Return)<br>☐ Borrowers who filed their tax returns jointly may send in one IRS Form 4506T signed and dated by both joint filers |
| Step 4 | ☐ | Provide required Hardship documentation. This documentation will be used to verify your hardship.<br>☐ Follow the instructions set forth on the Borrower Assistance Form (attached) |
| Step 5 | ☐ | Provide required Income documentation. This documentation will be used to verify your hardship and all of your income (including any alimony or child support that you choose to disclose and rely upon to qualify).<br>☐ Follow the instructions set forth on the Borrower Assistance Form (attached)<br>☐ You may also disclose any income from a household member who is not on the promissory note (non-borrower), such as a relative, spouse, domestic partner, or fiancé who occupies the property as a primary residence. If you elect to disclose and rely upon this income to qualify, the required income documentation is the same as the income documentation required for a borrower. See Page 2 of the Borrower Assistance Form for specific details on income documentation. |
| Step 6 | ☐ | Gather and send your completed Borrower Response Package immediately. |
| | ☐ | For Home Retention Requests, you must send in all required documentation listed in steps 2-5 above, and summarized below:<br>· Borrower Assistance Form (attached)<br>· Form 4506T (attached)<br>· Income Documentation as outlined on Page 2 of the Borrower Assistance Form (attached)<br>· Hardship Documentation as outlined on Page 3 of the Borrower Assistance Form (attached)<br>· Additional Information Pertaining to Household and Living Expenses (attached)<br>· Authorization Form for Non-Borrower (if applicable)<br>· 2 most recent bank statements<br>· Last 2 years worth of tax returns |
| | ☐ | For Home Liquidation Requests, you must send in all required documentation as outlined above PLUS:<br>· Sales contract (if applicable)<br>· Estimated HUD-1 (if applicable)<br>· Affidavit of ARM's Length Transaction signed by all parties (if applicable)<br>· 3rd Party Authorization Form (if applicable) |

Please fax all documents to 877.589.0758 or you may mail the documents to:

**SunTrust Mortgage Inc.**
**VA-RVW-5113**
**PO BOX 26150**
**Richmond, VA 23260**

IMPORTANT REMINDERS:
- If you cannot provide the documentation within the time frame provided, have other types of income not specified on Page 2 of the Borrower Assistance Form, cannot locate some or all of the required documents, OR have any questions, please contact us at the number provided on Page 2.
- Keep a copy of all documents and proof of mailing/emailing for your records. Don't send original income or hardship documents. Copies are acceptable.

**Questions? Contact us at the number provided on Page 2**

5903-01-00-00000218-0003-0001170

**Information on Avoiding Foreclosure**
**For Your Information Only - Do Not Return with Your Borrower Response Package**

**Mortgage Programs Are Available to Help**
There are a variety of programs available to help you resolve your delinquency and keep your home. You may be eligible to refinance or modify your mortgage to make your payments and terms more manageable, for example, lowering your monthly payment to make it more affordable. Or, if you have missed a few payments, you may qualify for a temporary (or permanent) solution to help you get your finances back on track. Depending on your circumstances, staying in your home may not be possible. However, a short sale or deed-in-lieu of foreclosure may be a better choice than foreclosure – see the table below for more information:

| OPTION | OVERVIEW | BENEFIT |
|---|---|---|
| Refinance | Originate a new loan with lower interest rate or other favorable terms | Makes your payment or terms more affordable |
| Reinstatement | Pay the total amount you owe, in a lump sum payment and by a specific date. This may follow a forbearance plan as described below | Allows you to avoid foreclosure by bringing your mortgage current if you can show you have funds that will become available at a specific date in the future |
| Repayment Plan | Pay your past-due payments together with your regular payments over an extended period of time | Allows you time to catch up on late payments without having to come up with a lump sum |
| Forbearance Plan | Make reduced mortgage payments or no mortgage payments for a specific period of time | Have time to improve your financial situation and get back on your feet |
| Modification | Modify the terms of your mortgage to make it more affordable or manageable after successfully making the reduced payment during a "trial period" (i.e., completing a three [or four] month trial period plan) | Permanently modifies your mortgage so that your payments or terms are more manageable as a permanent solution to a long-term or permanent hardship |
| Short Sale | Sell your home and pay off a portion of your mortgage balance when you owe more on the home than it is worth | Allows you to transition out of your home without going through foreclosure. In some cases relocation assistance may be available |
| Deed-in-Lieu of Foreclosure | Transfer the ownership of your property to us | Allows you to transition out of your home without going through foreclosure. In some cases relocation assistance may be available. This is useful when there are no other liens on your property |

**We Want to Help**
Take action, gain peace of mind and control of your situation. Complete and return the Borrower Response Package to start the process of getting the help you need now.

# Frequently Asked Questions
## For Your Information Only - Do Not Return with Your Borrower Response Package

**Why Did I Receive This Package?**
Ju received this package because we have not received one or more of your monthly mortgage payments and want to elp you keep your home if at all possible. We are sending this information to you now so that we can work with you b quickly resolve any temporary or long-term financial challenge you face to making all of your late mortgage ayments.

**. Where Can I Find More Information on Foreclosure Prevention?**
Please see the Avoiding Foreclosure attachment in this package for more information, or you can contact SunTrust at 300.443.1032. Additional foreclosure prevention information is provided by SunTrust at
www.suntrust.com/Microsites/equityhomeretention/index.html

**3. Will It Cost Money to Get Help?**
There should never be a fee from your servicer or qualified counselor to obtain assistance or information about foreclosure prevention options. However, foreclosure prevention has become a target for scam artists. Be wary of companies or individuals offering to help you for a fee, and never send a mortgage payment to any company other than the one listed on your monthly mortgage statement or one designated to receive your payments under a state assistance program.

**4. What Happens Once I Have Sent the Borrower Response Package to You?**
We will contact you within three business days of our receipt of your Borrower Response Package to confirm that we have received your package and will review it to determine whether it is complete. Within five business days of receipt of your request, we will send you a notice of incompleteness in the event there is any missing information or documentation that you must still submit. If your complete application and documents required for a Borrower Response Package is received 15 or more days prior to the foreclosure sale date, we will conduct a thorough evaluation of your request for retention options. Additionally, if your complete application and documents required for a Borrower Response Package is received 30 or more days prior to the foreclosure sale date, we will conduct a thorough evaluation of your request for a short sale or deed in lieu. **Please submit your Borrower Response Package as soon as possible.**

If your complete application and documents required for a Borrowers Response Package is received at any time prior to the foreclosure sale date, we will conduct a thorough evaluation for requests received for retention options only.

**5. What Happens to My Mortgage While You Are Evaluating My Borrower Response Package?**
You remain obligated to make all mortgage payments as they come due, even while we are evaluating the types of assistance that may be available.

**6. Will the Foreclosure Process Begin If I Do Not Respond to this Letter?**
If you have missed four monthly payments or there is reason to believe the property is vacant or abandoned, we may refer your mortgage to foreclosure regardless of whether you are being considered for a modification or other types of foreclosure alternatives.

**7. What Happens if I Have Waited Too Long and My Property Has Been Referred to an Attorney for Foreclosure? Should I Still Contact You?**
Yes, the sooner the better!

**8. What if My Property is Scheduled for a Foreclosure Sale in the Future?**
If your application for a retention option is received between 15 days and 4 days before a scheduled foreclosure sale date or your application for a short sale or deed in lieu is received between 30 days and 15 days before a scheduled foreclosure sale, an expedited evaluation will be conducted. If we are unable to complete the review due to insufficient time, you will be notified and the foreclosure sale will continue. **Please submit your Borrower Response Package as soon as possible.**

REQUENTLY ASKED QUESTIONS continued

.Will My Property be Sold at a Foreclosure Sale If I Accept a Foreclosure Alternative?
o.  The property will not be sold at a foreclosure sale once you accept a loss mitigation retention or liquidation
orkout option.

0. Will My Credit Score Be Affected by My Late Payments or Being in Default?
he delinquency status of your loan will be reported to credit reporting agencies as well as your entry into a Repayment
lan, Forbearance Plan, or Trial Period Plan in accordance with the requirements of the Fair Credit Reporting Act and
he Consumer Data Industry Association requirements.

11. Will My Credit Score Be Affected if I Accept a Foreclosure Prevention Option?
While the effect on your credit will depend on your individual credit history, credit scoring companies generally would
consider entering into a plan with reduced payments as increasing your credit risk. As a result, entering into a plan with
reduced payments may adversely affect your credit score, particularly if you are current on your mortgage or otherwise
have a good credit score.

**12. Is Foreclosure Prevention Counseling Available?**
Yes, HUD-approved counselors are available to provide you with the information and assistance you may need to avoid
foreclosure. You can use the search tool at http://www.hud.gov/offices/hsg/sfh/hcc/fc/ to find a counselor near you.

**13. I Have Seen Ads and Flyers From Companies Offering to Help Me Avoid Foreclosure for a Fee. Are These
Companies on the Level?**
Foreclosure prevention has become a target for scam artists. We suggest using the HUD Web site referenced in
question 12 to locate a counselor near you. Also, please refer to the "Beware of Foreclosure Rescue Scams" section for
more information.

## BEWARE OF FORECLOSURE RESCUE SCAMS — TIPS & WARNING SIGNS
### For Your Information Only - Do Not Return with Your Borrower Response Package

Scam artists are stealing millions of dollars from distressed homeowners by promising immediate relief from
foreclosure, or demanding cash for counseling services when **HUD-approved counseling agencies provide the same**
services for FREE. If you receive an offer, information or advice that sounds too good to be true, it probably is. Don't let
them take advantage of you, your situation, your house or your money. **Remember, help is FREE.**

How to Spot a Scam – beware of a company or person who:
- Asks for a fee in advance to work with your lender to modify, refinance or reinstate your mortgage.
- Guarantees they can stop a foreclosure or get your loan modified.
- Advises you to stop paying your mortgage company and pay them instead.
- Pressures you to sign over the deed to your home or sign any paperwork that you haven't had a chance to read,
  and you don't fully understand.
- Claims to offer "government-approved" or "official government" loan modifications.
- Asks you to release personal financial information online or over the phone and you have not been working with
  this person and/or do not know them.

How to Report a Scam – do one of the following:
- Go to www.preventloanscams.org and fill out the Loan Modification Scam Prevention Network's (LMSPN)
  complaint form online and get more information on how to fight back. Note: you can also fill out this form and
  send to the fax number/e-mail/address (your choice!) on the back of the form.
- Call 888.995.HOPE (4673) and tell the counselor about your situation and that you believe you got scammed or
  know of a scam.

*The Loan Modification Scam Prevention Network is a national coalition of governmental
and private organizations led by Fannie Mae, Freddie Mac, NeighborWorks America™
and the Lawyers' Committee for Civil Rights Under Law.*

FREQUENTLY ASKED QUESTIONS continued

**9. Will My Property be Sold at a Foreclosure Sale If I Accept a Foreclosure Alternative?**
No. The property will not be sold at a foreclosure sale once you accept a loss mitigation retention or liquidation workout option.

**10. Will My Credit Score Be Affected by My Late Payments or Being in Default?**
The delinquency status of your loan will be reported to credit reporting agencies as well as your entry into a Repayment Plan, Forbearance Plan, or Trial Period Plan in accordance with the requirements of the Fair Credit Reporting Act and the Consumer Data Industry Association requirements.

**11. Will My Credit Score Be Affected if I Accept a Foreclosure Prevention Option?**
While the effect on your credit will depend on your individual credit history, credit scoring companies generally would consider entering into a plan with reduced payments as increasing your credit risk. As a result, entering into a plan with reduced payments may adversely affect your credit score, particularly if you are current on your mortgage or otherwise have a good credit score.

**12. Is Foreclosure Prevention Counseling Available?**
Yes, HUD-approved counselors are available to provide you with the information and assistance you may need to avoid foreclosure. You can use the search tool at http://www.hud.gov/offices/hsg/sfh/hcc/fc/ to find a counselor near you.

**13. I Have Seen Ads and Flyers From Companies Offering to Help Me Avoid Foreclosure for a Fee. Are These Companies on the Level?**
Foreclosure prevention has become a target for scam artists. We suggest using the HUD Web site referenced in question 12 to locate a counselor near you. Also, please refer to the "Beware of Foreclosure Rescue Scams" section for more information.

---

## BEWARE OF FORECLOSURE RESCUE SCAMS — TIPS & WARNING SIGNS
### For Your Information Only - Do Not Return with Your Borrower Response Package

---

Scam artists are stealing millions of dollars from distressed homeowners by promising immediate relief from foreclosure, or demanding cash for counseling services when HUD-approved counseling agencies provide the same services for FREE. If you receive an offer, information or advice that sounds too good to be true, it probably is. Don't let them take advantage of you, your situation, your house or your money. **Remember, help is FREE.**

How to Spot a Scam — beware of a company or person who:
- Asks for a fee in advance to work with your lender to modify, refinance or reinstate your mortgage.
- Guarantees they can stop a foreclosure or get your loan modified.
- Advises you to stop paying your mortgage company and pay them instead.
- Pressures you to sign over the deed to your home or sign any paperwork that you haven't had a chance to read, and you don't fully understand.
- Claims to offer "government-approved" or "official government" loan modifications.
- Asks you to release personal financial information online or over the phone and you have not been working with this person and/or do not know them.

How to Report a Scam — do one of the following:
- Go to www.preventloanscams.org and fill out the Loan Modification Scam Prevention Network's (LMSPN) complaint form online and get more information on how to fight back. Note: you can also fill out this form and send to the fax number/e-mail/address (your choice!) on the back of the form.
- Call 888.995.HOPE (4673) and tell the counselor about your situation and that you believe you got scammed or know of a scam.

*The Loan Modification Scam Prevention Network is a national coalition of governmental and private organizations led by Fannie Mae, Freddie Mac, NeighborWorks America™ and the Lawyers' Committee for Civil Rights Under Law.*



**NTRUST**
MORTGAGE

# ˝ ELLER'S AGENT
## Affidavit of "Arm's Length Transaction"

State of _____   County of _____

ties relevant to this transaction attest that it is an "Arm's Length Transaction", meaning that the transaction has
negotiated by unrelated parties and that the sale price is based on fair market value of the property. Buyer and
are acting in his /her own self-interest. Those signing this affidavit as agents for Buyer, Seller or both are acting in
st interests of their respective principal.

_____(hereinafter referred to as "Seller's Agent" and/or "Affiant"), being duly
i, deposes and says, that s/he is representing _____

nafter referred to as "Seller(s)" even if more than one) as his/her agent to the sale of the property identified as
_____[street address]

_____(hereinafter referred to as "Buyer(s)") in a
sale transaction;

nt further says that no party to the sales contract, including Buyer, Seller's Agent or Buyer's Agent, is a relative of,
less associate of, or shares any business interest with, Seller;

nt further says that there are no hidden agreements, implied terms or special understandings between Seller, Buyer,
r's Agent or Buyer's Agent which have not been made part of the written sales contract and which have not been
osed to all interested parties for the current sale or subsequent sale of the above mentioned property;

nt further says that there are no agreements or understandings, oral, written or implied, that will permit Seller to
ain in the above mentioned property as renter or to regain ownership of said property at any time after the execution
is short sale transaction except to the extent that the Seller is permitted to remain as a tenant on the said property for
ort term as is common and customary in the market but no longer than ninety (90) days, in order to facilitate
cation;

int further says that beyond any contractual sales commissions owed to the Seller's Agent and/or Buyer's Agent as
icted on the final estimated closing statement, no other parties (Buyer or Seller) to this short sale transaction will
sive any proceeds from the sale of the above mentioned property;

ant further says that it is agreed and understood that the Lender Servicer and Investor are relying upon the statements
de in this affidavit as consideration for the reduction of the mortgage payoff amount which is secured by a deed of trust
nortgage encumbering the above mentioned property;

ant further says that the Lender Servicer and investor are indemnified for any and all loss resulting from any negligent
ntentional misrepresentation made in the affidavit, including, but not limited to, repayment of the amount of the reduced
off of the above mentioned property;

ant further says that it is understood that any misrepresentation may subject the responsible party to civil and/or
ninal liability.

e certification will survive the closing of the transaction.

e undersigned declares under penalty of perjury that all statements made in this affidavit are true and correct.

_____ / _____          _____ / _____
Signature of Affiant / Date                                    Signature of Affiant / Date

_____                                              _____
Printed Name of Affiant                                       Printed Name of Affiant

                                                              _____ / _____
_____                                             Signature of Affiant / Date
Signature of Affiant / Date

_____                                              _____
Printed Name of Affiant                                       Printed Name of Affiant



NTRUST
MORTGAGE

# SELLER
## Affidavit ot "Arm's Length Transaction"

State of _____   County of _____

ties relevant to this transaction attest that it is an "Arm's Length Transaction", meaning that the transaction has
negotiated by unrelated parties and that the sale price is based on fair market value of the property. Buyer and
are acting in his/her own self-interest. Those signing this affidavit as agents for Buyer, Seller or both are acting in
est interests of their respective principal.

_____[Seller(s)] (hereinafter referred to as "Seller(s)"
r "Affiant(s)"even if more than one), being duly sworn, deposes and says, that s/he is the party selling the

erty identified as _____

st address] to _____[Buyer(s)] (hereinafter referred to as
er(s) even if more than one") in a short sale transaction;

nt further says that no party to the sales contract, including Buyer, Seller's Agent or Buyer's Agent, is a relative of,
iness associate of, or shares any business interest with, Seller;

nt further says that there are no hidden agreements, implied terms or special understandings between Seller, Buyer,
er's Agent or Buyer's Agent which have not been made part of the written sales contract and which have not been
osed to all interested parties for the current sale or subsequent sale of the above mentioned property;

nt further says that there are no agreements or understandings, oral, written or implied, that will permit Seller to
ain in the above mentioned property as renter or to regain ownership of said property at any time after the execution
is short sale transaction except to the extent that the Seller is permitted to remain as a tenant on the said property for
ort term as is common and customary in the market but no longer than ninety (90) days, in order to facilitate
cation;

nt further says that beyond any contractual sales commissions owed to the Seller's Agent and/or Buyer's Agent as
ected on the final estimated closing statement, no other parties (Buyer or Seller) to this short sale transaction will
ive any proceeds from the sale of the above mentioned property;

ant further says that it is agreed and understood that the Lender Servicer and investor are relying upon the statements
de in this affidavit as consideration for the reduction of the mortgage payoff amount which is secured by a deed of trust
mortgage encumbering the above mentioned property;

ant further says that the Lender Servicer and investor are indemnified for any and all loss resulting from any negligent
ntentional misrepresentation made in the affidavit, including, but not limited to, repayment of the amount of the reduced
off of the above mentioned property;

ant further says that it is understood that any misrepresentation may subject the responsible party to civil and/or
r nal liability.

e certification will survive the closing of the transaction.

e undersigned declares under penalty of perjury that all statements made in this affidavit are true and correct.

_____ /               _____ /
Signature of Affiant / Date                 Signature of Affiant / Date

_____                  _____
Printed Name of Affiant                     Printed Name of Affiant

                                            _____ /
_____                  _____
Signature of Affiant / Date                 Signature of Affiant / Date

_____                  _____
Printed Name of Affiant                     Printed Name of Affiant



**NTRUST**
MORTGAGE

# BUYER
## Affidavit of "Arm's Length Transaction"

State of _____    County of _____

ties relevant to this transaction attest that it is an "Arm's Length Transaction", meaning that the transaction has
negotiated by unrelated parties and that the sale price is based on fair market value of the property. Buyer and
are acting in his /her own self-interest. Those signing this affidavit as agents for Buyer, Seller or both are acting in
st interests of their respective principal.

_____ [Buyer(s)] (hereinafter referred to as "Buyer(s)"
r "Affiant(s)" even if more than one), being duly sworn, deposes and says, that s/he is the party buying the

rty identified as _____

t address] from _____ [Seller(s)] (hereinafter referred to as
er(s)" even if more than one) in a short sale transaction;

nt further says that no party to the sales contract, including Buyer, Seller's Agent or Buyer's Agent, is a relative of,
ess associate of, or shares any business interest with, Seller;

nt further says that there are no hidden agreements, implied terms or special understandings between Seller, Buyer,
r's Agent or Buyer's Agent which have not been made part of the written sales contract and which have not been
osed to all interested parties for the current sale or subsequent sale of the above mentioned property;

int further says that there are no agreements or understandings, oral, written or implied, that will permit Seller to
ain in the above mentioned property as renter or to regain ownership of said property at any time after the execution
is short sale transaction except to the extent that the Seller is permitted to remain as a tenant on the said property for
ort term as is common and customary in the market but no longer than ninety (90) days, in order to facilitate
cation;

int further says that beyond any contractual sales commissions owed to the Seller's Agent and/or Buyer's Agent as
cted on the final estimated closing statement, no other parties (Buyer or Seller) to this short sale transaction will
ive any proceeds from the sale of the above mentioned property;

ant further says that it is agreed and understood that the Lender Servicer and Investor are relying upon the statements
le in this affidavit as consideration for the reduction of the mortgage payoff amount which is secured by a deed of trust
nortgage encumbering the above mentioned property;

ant further says that the Lender Servicer and Investor are indemnified for any and all loss resulting from any negligent
ntentional misrepresentation made in the affidavit, including, but not limited to, repayment of the amount of the reduced
off of the above mentioned property;

ant further says that it is understood that any misrepresentation may subject the responsible party to civil and/or
ninal liability.

e certification will survive the closing of the transaction.

e undersigned declares under penalty of perjury that all statements made in this affidavit are true and correct.

_____ /  _____        _____ /  _____
Signature of Affiant / Date                     Signature of Affiant / Date

_____        _____
Printed Name of Affiant                              Printed Name of Affiant

_____        _____ /  _____
Signature of Affiant / Date                     Signature of Affiant / Date

_____        _____
Printed Name of Affiant                              Printed Name of Affiant

TRUST
MORTGAGE

# BUYER'S AGENT
## Affidavit of "Arm's Length Transaction"

State of _____   County of _____

...ties relevant to this transaction attest that it is an "Arm's Length Transaction", meaning that the transaction has ...egotiated by unrelated parties and that the sale price is based on fair market value of the property. Buyer and ...are acting in his/her own self-interest. Those signing this affidavit as agents for Buyer, Seller or both are acting in ...est interests of their respective principal.

_____(hereinafter referred to as "Buyer's Agent" and/or "Affiant"), being duly sworn, ...ses and says, that s/he is representing _____

...inafter referred to as "Buyer(s)" even if more than one) as his/her agent to the sale of the property identified as _____[street address] _____(hereinafter referred to as "Seller(s)") in a

. sale transaction;

...nt further says that no party to the sales contract, including Buyer, Seller's Agent or Buyer's Agent, is a relative of, ...ness associate of, or shares any business interest with, Seller;

...nt further says that there are no hidden agreements, implied terms or special understandings between Seller, Buyer, ...er's Agent or Buyer's Agent which have not been made part of the written sales contract and which have not been ...osed to all interested parties for the current sale or subsequent sale of the above mentioned property;

...int further says that there are no agreements or understandings, oral, written or implied, that will permit Seller to ...ain in the above mentioned property as renter or to regain ownership of said property at any time after the execution ...is short sale transaction except to the extent that the Seller is permitted to remain as a tenant on the said property for ...ort term as is common and customary in the market but no longer than ninety (90) days, in order to facilitate ...cation;

...ant further says that beyond any contractual sales commissions owed to the Seller's Agent and/or Buyer's Agent as ...cted on the final estimated closing statement, no other parties (Buyer or Seller) to this short sale transaction will ...eive any proceeds from the sale of the above mentioned property;

...ant further says that it is agreed and understood that the Lender Servicer and investor are relying upon the statements ...de in this affidavit as consideration for the reduction of the mortgage payoff amount which is secured by a deed of trust ...nortgage encumbering the above mentioned property;

...ant further says that the Lender Servicer and investor are indemnified for any and all loss resulting from any negligent ...ntentional misrepresentation made in the affidavit, including, but not limited to, repayment of the amount of the reduced ...roff of the above mentioned property;

...ant further says that it is understood that any misrepresentation may subject the responsible party to civil and/or ...ninal liability.

...e certification will survive the closing of the transaction.

...e undersigned declares under penalty of perjury that all statements made in this affidavit are true and correct.

_____/_____          _____/_____
Signature of Affiant / Date                 Signature of Affiant / Date

_____          _____
Printed Name of Affiant                     Printed Name of Affiant

                                            _____/_____
_____/_____          Signature of Affiant / Date
Signature of Affiant / Date

_____          _____
Printed Name of Affiant                     Printed Name of Affiant



# THIRD PARTY AUTHORIZATION

SunTrust Mortgage Loan Number (10 digits): _____

I/We, _____ ("Borrower") and

_____ ("Co-Borrower", if applicable)

hereby authorize SunTrust Mortgage, Inc. to release any and all information about my Loan to the third party indicated below. I/We understand that information released by SunTrust Mortgage may include, but may not be limited to, information relating to my loan amount and payment transactions history, and/or the provision of copies of my loan documents, which may contain non-public information relating to me and the Co-Borrower.

I/We acknowledge that should I and/or Co-Borrower (if applicable) wish to terminate this authorization, the request to terminate must be made in writing.

Date Requested: _____

Full Name of Authorized Third Party(s): _____

Authorized Party Phone/Email: _____ / _____

Relationship to Borrower: _____

Borrower Name: _____

Borrower Social Security Number (last 4 digits): _____

Co-Borrower Name: _____

Property Street Address: _____

City: _____ State: _____ Zip Code: _____


_____         _____
Borrower Signature/Date                   Co-Borrower Signature/Date

_____         _____
Print Name                                Print Name
_____

## Authorization Form for Non-Borrower

I give permission to SunTrust Mortgage to utilize my income submitted, and to obtain a copy of my credit report to use in the Loss Mitigation application for assistance.

Loan # _____

Property Address: _____

_____

Name of Non-Borrower: _____

Residential Address: _____

_____

Social Security Number: _____

Signed: _____ Date: _____

Name of Non-Borrower: _____

Residential Address: _____

_____

Social Security Number: _____

Signed: _____ Date: _____

3903-01-00-0000218-0014 000119

SunTrust Mortgage, Inc.
PO Box 27767
Richmond, VA  23261-7767

0000218      04 SP 1 610  **SNCLP   6 2 5903 92121-232326   -C01-41
JUDY LANE
PEPPER LANE
MICHAEL A. ALFRED
7220 TRADE ST., STE.101
SAN DIEGO CA 92121-2325

**EXHIBIT C**

**PACIFIC COAST TITLE**

RECORDING REQUESTED BY
The Wolf Firm

AND WHEN RECORDED MAIL TO:
The Wolf Firm
2955 Main Street, 2nd Floor
Irvine, California 92614
Phone: (949) 720-9200
Foreclosure Dept. Fax (949) 608-0130



DOC # 2014-0151984

APR 17, 2014    8:00 AM
OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
Ernest J. Dronenburg, Jr., COUNTY RECORDER
FEES:        39.00
                                    DA:       1
**PAGES:**      8



---

T.S. No. 13-2420-11            Loan No. 0143442432            SPACE ABOVE THIS LINE FOR RECORDER'S USE

## NOTICE OF TRUSTEE'S SALE

### NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED
注: 本文件包含一个信息摘要
참고사항: 본 첨부 문서에 정보 요약서가 있습니다
NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

### PLEASE NOTE THAT PURSUANT TO CIVIL CODE § 2923.3(d)(1) THE ABOVE STATEMENT IS REQUIRED TO APPEAR ON THIS DOCUMENT BUT PURSUANT TO CIVIL CODE § 2923.3(a) THE SUMMARY OF INFORMATION IS NOT REQUIRED TO BE RECORDED OR PUBLISHED AND THE SUMMARY OF INFORMATION NEED ONLY BE MAILED TO THE MORTGAGOR OR TRUSTOR.

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 8/18/2005. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 of the Financial Code and authorized to do business in this state will be held by the duly appointed trustee as shown below, of all right, title, and interest conveyed to and now held by the trustee in the hereinafter described property under and pursuant to a Deed of Trust described below. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by the Deed of Trust, with interest and late charges thereon, as provided in the note(s), advances, under the terms of the Deed of Trust, interest thereon, fees, charges and expenses of the Trustee for the total amount (at the time of the initial publication of the Notice of Sale) reasonably estimated to be set forth below. The amount may be greater on the day of sale.

Trustor: **JUDY LANE AN UNMARRIED WOMAN AND PEPPER LANE AN UNMARRIED WOMAN AS JOINT TENANTS**
Duly Appointed Trustee: The Wolf Firm, A Law Corporation
Recorded 8/29/2005 as Instrument No. 2005-0740248 of Official Records in the office of the Recorder of San Diego County, California,

Date of Sale: 5/8/2014 at 10:00 AM
Place of Sale:   At the entrance to the East County Regional Center by the statue, 250 E. Main St., El Cajon, CA.

Amount of unpaid balance and other charges: $453,113.72, estimated

Street Address or other common designation of real property:      **11252 WILLOWWOOD DRIVE**
                                                                         **SAN DIEGO, CA 92127**

A.P.N.: 313-361-07-00

The undersigned Trustee disclaims any liability for any incorrectness of the street address or other common designation, if any, shown above. If no street address or other common designation is shown, directions to the location of the property may be obtained by sending a written request to the beneficiary within 10 days of the date of first publication of this Notice of Sale.

NOTICE TO POTENTIAL BIDDERS: If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on the property.

NOTICE TO PROPERTY OWNER: The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call (916) 939-0772 or visit this Internet Web site **www.nationwideposting.com**, using the file number assigned to this case **13-2420-11**. Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the Internet Web site. The best way to verify postponement information is to attend the scheduled sale.

Date: 4/15/2014                **The Wolf Firm, A Law Corporation**
                                    **2955 Main Street, 2nd Floor**
                                    **Irvine, California 92614**
                                    **Foreclosure Department (949) 720-9200**
                                    **Sale Information Only: (916) 939-0772 www.nationwideposting.com**

                                  **Frank Escobera, Team Lead**

**Summary of Notice of Sale**

NOTICE OF SALE
SUMMARY OF KEY INFORMATION

The attached notice of sale was sent to JUDY LANE AN UNMARRIED WOMAN AND PEPPER LANE AN UNMARRIED WOMAN AS JOINT TENANTS, in relation to 11252 WILLOWWOOD DRIVE, SAN DIEGO, CA 92127.

YOU ARE IN DEFAULT UNDER A DEED OF TRUST OR MORTGAGE DATED 8/18/2005. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE.

IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

The total amount due in the notice of sale is $453,113.72.

Your property is scheduled to be sold on 5/8/2014 at 10:00 AM at At the entrance to the East County Regional Center by the statue, 250 E. Main St., El Cajon, CA.

However, the sale date shown on the attached notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call  or visit this Internet Web site address , using the file number assigned to this case 13-2420-11.  Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the Internet Web site.  The best way to verify postponement information is to attend the scheduled sale.

If you would like additional copies of this summary, you may obtain them by calling (949) 720-9200.

出售通知
關鍵信息摘要

本文中包含的有關 11252 WILLOWWOOD DRIVE, SAN DIEGO, CA 92127

的出售通知發送給JUDY LANE AN UNMARRIED WOMAN AND PEPPER LANE AN UNMARRIED WOMAN AS JOINT TENANTS。

你的 DEED OF TRUST OR MORTGAGE 於8/18/2005 已經逾期違約。

除非你採取行動保護你的房產，否則該房產將被公開出售。

如果你需要了解對你的訴訟程序的性質，應該聯系一名律師。

法拍書面通知的總金額是$453,113.72。

你的房產預計出售的時間5/8/2014。你的房產預計出售的時間10:00 AM 出售地點 At the entrance to the East County Regional Center by the statue, 250 E. Main St., El Cajon, CA.
。

然而、根據加州民法第2924g，本文中包含的法拍書面通知上顯示的出售日期可能會被抵押權人，受益人，受托人，或法院一次或多次推遲。該法規定，作為對不在法拍現場人士的一種寬限，有關受托人推遲出售的信息要提供給你和公眾。如果你想了解你的房產出售日期是否已被推遲，以及（如適用）重新安排的法拍時間和日期，可致電 或訪問互聯網網址，用指定的檔案編號 13-2420-11 查找。

關於推遲法拍的信息，持續時間會很短，或值在預定法拍時間前不久發布，可能不會立即反映在電話信息或互聯網的網址上。最好驗証推遲信息的方法是，出席預定的拍賣。

如果你想獲得更多的本摘要副本，請撥打下列電話(949) 720-9200。

매각 공고
주요 정보 요약

첨부된 매각 공고는 JUDY LANE AN UNMARRIED WOMAN AND PEPPER LANE AN UNMARRIED WOMAN AS JOINT TENANTS 에게 발송되는 것이며, 이는 11252 WILLOWWOOD DRIVE, SAN DIEGO, CA 92127 에 관한 것입니다.

귀하는8/18/2005 현재 날짜로 DEED OF TRUST OR MORTGAGE하에서 채무 불이행 상태입니다. 귀하의 부동산을 보호하기 위해 조치를 취하시지 않는 한, 귀하의 부동산은 공매로 매각 처분될 수 있습니다. 귀하에게 취해지는 이러한 법적 절차에 대한 설명이 필요하신 경우 변호사와 상담하십시오.

매각 공고에서 지불되어야 할 총액은$453,113.72 입니다.

귀하의 부동산은5/8/2014 10:00 AM 에 At the entrance to the East County Regional Center by the statue, 250 E. Main St., El Cajon, CA. 에서 매각되기로 일정이 잡혀 있습니다.

그러나 캘리포니아주 민법 2924g항에 준하여, 첨부된 매각 공고에 나타난 매각 일자는 저당권자, 신탁수익자, 수탁자, 또는 법정에 의해 한 번 이상 연기될 수 있습니다. 법에 따라, 수탁자 매각 연기에 관한 정보는 매각에 참석하지 않는 사람들에 대한 호의로서 귀하 및 일반 대중에게 제공되어야 합니다. 매각 일자가 연기되었는 지, 그리고 해당되는 경우 이 부동산의 연기된 매각 일자 및 시간에 대해 알기 원하시는 경우,  로 전화하시거나 또는 웹사이트 주소  를 방문해 본 사례 배정 파일 번 13-2420-11 를 사용하시면 됩니다.

매우 짧은 기간의 연기 또는 매각 일정과 가까운 시간에 발생하는 연기는 정보 안내 전화나 인터넷 웹사이트에 즉각적으로 나타나지 않을 수 있습니다. 연기 정보를 확인하는 최선의 방법은 매각 예정일에 참석하는 것입니다.

본 요약서의 추가적인 사본을 원하시는 경우, (949) 720-9200 (으)로 전화하시면 보내드립니다.

AVISO DE VENTA
RESUMEN DE LA INFORMACIÓN CLAVE

El aviso de venta adjunto se envió a JUDY LANE AN UNMARRIED WOMAN AND PEPPER LANE AN UNMARRIED WOMAN AS JOINT TENANTS, en relación con 11252 WILLOWWOOD DRIVE, SAN DIEGO, CA 92127

USTED HA INCUMPLIDO LOS TÉRMINOS DE UNA DEED OF TRUST OR MORTGAGE DE FECHA 8/18/2005. SI NO TOMA MEDIDAS PARA PROTEGER SU PROPIEDAD, PODRÁ SER VENDIDO EN UNA SUBASTA PÚBLICA.

SI USTED NECESITA QUE LE EXPLIQUEN LA NATURALEZA DEL PROCEDIMIENTO EN SU CONTRA, DEBE CONSULTAR A UN ABOGADO.

El importe total adeudado correspondiente al aviso de venta es $453,113.72.

La subasta de la propiedad se ha programado para el día 5/8/2014 10:00 AM en At the entrance to the East County Regional Center by the statue, 250 E. Main St., El Cajon, CA.

No obstante, conforme al Artículo 2924g del Código Civil de California, la fecha de la subasta que figura en el aviso adjunto podrá ser postergada una o más veces por el acreedor hipotecario, el beneficiario, el fideicomisario o un tribunal. La ley exige que, como cortesía para quienes no hayan asistido a la subasta, la información sobre las postergaciones solicitadas por el fideicomisario se ponga a disposición suya y del público en general. Si desea saber si la subasta de su propiedad se ha postergado, y, en tal caso, la nueva fecha propuesta para la subasta de esta propiedad, puede llamar al teléfono o visitar el sitio web , usando el número de registro asignado a este caso 13-2420-11.

Es posible que la información sobre las postergaciones por plazos muy breves o decididas muy próximo a la fecha programada para la subasta no figuren en la información que se ofrece por teléfono o en el sitio web. La mejor forma de verificar la información sobre las postergaciones es asistir a la subasta que se ha programado.

Si desea recibir copias adicionales de este resumen, puede llamar al teléfono (949) 720-9200.

## PABATID NG PAGBEBENTA
## BUOD NG PANGUNAHING IMPORMASYON

Ang nakakalip na notice of sale (pabatid ng pagbebenta) ay ipinadala kay JUDY LANE AN UNMARRIED WOMAN AND PEPPER LANE AN UNMARRIED WOMAN AS JOINT TENANTS, bilang kaugnayan sa 11252 WILLOWWOOD DRIVE, SAN DIEGO, CA 92127.

IKAW AY HINDI NAKABAYAD SA ILALIM NG DEED OF TRUST OR MORTGAGE NA MAY PETSA NA  8/18/2005. MALIBAN KUNG KAYO AY KUMILOS UPANG MAPROTEKTAHAN ANG INYONG ARI-ARIAN, MAAARI ITONG IBENTA SA ISANG PAMPUBLIKONG PAGBEBENTA.

KUNG KINAKAILANGAN NINYO NG PAGPAPALIWANAG SA KALIKASAN NG PAGLILITIS LABAN SA INYO, KAILANGAN NINYONG MAKIPAG-UGNAYAN SA ISANG ABOGADO.

Ang kabuuang halaga na dapat bayaran sa notice of sale (pabatid ng pagbebenta) ay $453,113.72.

Ang inyong ari-arian ay nakatakdang ibenta sa 5/8/2014 10:00 AM sa At the entrance to the East County Regional Center by the statue, 250 E. Main St., El Cajon, CA.

Gayunman, ang petsa ng pagbebenta na ipinapakita sa nakalakip na notice of sale (pabatid ng pagbebenta) ay maaaring maantala ng isa o mas marami pang beses ng nagkaloob ng isinangla, benepisyaryo, pinagkatiwalaan, o ng korte, alinsunod sa Seksyon 2924g ng Kodigong Sibil ng California. Hinihiling ng batas na ang impormasyon tungkol sa mga pagpapaantala sa pagbebenta ng pinagkatiwalaan ay handang maibigay sa inyo at sa publiko, bilang isang kagandahang-loob doon sa mga hindi makakadalo sa bentahan. Kung nais ninyong malaman kung naantala ang inyong petsa ng pagbebenta, at kung naaangkop, ang natakda muli na oras at petsa sa bentahan ng ari-arian, maaari kayong tumawag sa  o bumisita dito sa Internet Web site address  gamit ang numero ng file na itinalaga sa kasong ito 13-2420-11.  Impormasyon tungkol sa mga pagpaaantala sa loob ng maikling panahon o maaaring maganap kalapit ng itinakdang pagbebenta ay maaaring hindi kaagad masaad sa impormasyon mula sa telepono o sa Internet Web site.  Ang pinakamainam na paraan upang mapatotohanan ang impormasyon sa pagpaaantala ng petsa ay ang pagdalo sa nakatakdang petsa ng bentahan.

Kung nais ninyo ng karagdagang mga kopya ng buod na ito, maaari ninyong makuha ang mga ito sa pamamagitna ng pagtawag sa (949) 720-9200.

THÔNG BÁO BÁN
BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN CHÍNH

Thông báo rao bán kèm theo được gửi tới cho JUDY LANE AN UNMARRIED WOMAN AND PEPPER LANE AN UNMARRIED WOMAN AS JOINT TENANTS, liên quan đến 11252 WILLOWWOOD DRIVE, SAN DIEGO, CA 92127

QUÝ VỊ VI PHẠM QUY ĐỊNH GHI THEO DEED OF TRUST OR MORTGAGE NGÀY 8/18/2005. TRỪ KHI QUÝ VỊ CÓ HÀNH ĐỘNG BẢO VỆ CĂN NHÀ CỦA QUÝ VỊ, CĂN NHÀ CÓ THỂ BỊ BÁN CÔNG KHAI.

NẾU QUÝ VỊ CẦN LỜI GIẢI THÍCH VỀ TÍNH CHẤT CỦA THỦ TỤC CHỐNG LẠI QUÝ VỊ, QUÝ VỊ NÊN LIÊN LẠC VỚI MỘT LUẬT SƯ.

Toàn bộ số tiền phải trả trong thông báo bán là $453,113.72.

Căn nhà của quý vị được dự kiến sẽ bán vào 5/8/2014 10:00 AM tại At the entrance to the East County Regional Center by the statue, 250 E. Main St., El Cajon, CA.

Tuy nhiên, ngày bán ghi trong thông báo bán kèm theo có thể bị trì hoãn một hoặc nhiều lần bởi bên cho vay thế chấp, người thụ hưởng, người được ủy quyền, hoặc tòa án, chiếu theo Mục 2924g của Bộ Luật Dân Sự California. Luật pháp quy định thông tin về các trường hợp trì hoãn bán nhà của bên được ủy quyền phải được cung cấp cho quý vị và công chúng, để cập nhật cho những người không có mặt tại buổi rao bán. Nếu quý vị muốn biết ngày rao bán của quý vị có bị trì hoãn hay không, và, nếu thích hợp, ngày giờ mới cho việc rao bán căn nhà này, quý vị có thể gọi 916-939-0772 hoặc tới địa chỉ Internet này www.nationwideposting.com dựa trên mã số hồ sơ được ấn định cho vụ này 13-2420-11. Thông tin về các trường hợp trì hoãn rất ngắn hoặc xảy ra ngay sát ngày rao bán dự kiến có thể không được phản ánh ngay trong thông tin cung cấp qua điện thoại hoặc trên Internet. Cách tốt nhất để xác minh thông tin trì hoãn là tham dự buổi rao bán đã ấn định.

Nếu quý vị muốn có thêm bản sao của tài liệu trình bày tóm lược này, vui lòng gọi số (949) 720-9200.

**EXHIBIT D**

 **SunTrust**

SunTrust Mortgage, Inc.
ATTN: Loss Mitigation
1001 Semmes Avenue
Richmond, VA 23224
Tel. 855.223.4680

05/07/2014

Judy Lane
Pepper Lane
C/O Michael Alfred
7220 Trade Street, Suite 101
San Diego, CA 92121

RE:  Mortgage Loan Number:       0143442432
     Property Address:           11252 Willowwood Drive
                                 San Diego, CA 92127


Dear Client(s):

Based on an updated review of your request for assistance, SunTrust Mortgage, Inc has removed your loan from the Loss Mitigation process and your application for loss mitigation is denied.  This action is based on the following reason(s):

- Application not timely submitted

Please be advised that collection activity, including foreclosure proceedings, will continue unless your circumstances qualify you for a further review by SunTrust.


Please contact your Home Preservation Client Representative (HPCR) at 855.223.4680 or directly at the number listed below.  Our standard business hours are 8 a.m. to 10 p.m., ET, Monday through Friday and 9 a.m. to 3 p.m., ET, Saturday.  If you are represented by counsel, your counsel may also be able to assist you with questions about the status of your loan and the foreclosure process.

Sincerely,

Default Services

Melissa Jones
Home Preservation Client Representative
Home Preservation Client Group
Phone: 855.223.4680 ext. 60605
Fax: 877.589.0758
Email: melissa.jones@suntrust.com

Above is the contact information for your HPCR.  If you contact us and the assigned HPCR is not available, your call will be routed to another member of your HPCR's team who has the same authority and access level as your assigned HPCR and can effectively address any questions or concerns you may have.

Enclosure: Disclosure(s)

CK218